**506 GORMAN ET AL. vs. CIRCUIT JUDGE** (Newaygo), 27 M., 138

To compel the circuit judge to grant an order striking from the files an amended declaration, which introduces a new and separate cause of action, which is barred by the statute of limitations.

Granted April 22, 1873.


**507 HENSLER vs. CIRCUIT JUDGE** (Wayne), 13 M., 205.

To compel respondent to strike from the files and records of a case, an amended declaration, changing the form of action from trover to assumpsit.

Granted April 26, 1865.


**508 STRANG ET AL. vs. CIRCUIT JUDGE** (Branch), No. 15236; 2 D. L. N., 821; 65 N. W., 969.

To vacate an order permitting the filing of an amended declaration in an action for the recovery of the value of personal property alleged to have been fraudulently obtained from plaintiff by relators.

Denied January 28, 1896, with costs.

The fraud charged in the original declaration was that the defendants did not have title to the patent right which they sold to plaintiffs, while in the amended declaration it was that the defendant did not transfer to plaintiff the patent right shown and bargained for.